# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-5130
_____

AVA ELECTRIS CANNIE, aka EVA
ELECTRIS CANNIE, aka EVA
HELENE CANNIE,

  Petitioner,

  v.

STATE OF FLORIDA,

  Respondent.

_____

Petition Alleging Ineffective Assistance of Appellate Counsel—
Original Jurisdiction.


November 1, 2019


PER CURIAM.

  The petition alleging ineffective assistance of appellate counsel is denied on the merits. All pending motions are denied.

RAY, C.J., and MAKAR and KELSEY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Ava Electris Cannie, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.